In the Matter of the Arbitration between MICHAEL STONE, Appellant, and HERBERT J. FREEZER, Respondent.

Argued May 26, 1952; decided July 15, 1952.

*Robert H. Haines* and *Frederick F. Greenman* for appellant.
*Jack N. Albert* and *Michael Halperin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.